## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendant.* | Civil Action No. 17-1203 (APM) |

## CONSENT MOTION TO VACATE

Plaintiff Environmental Protection Agency ("EPA") moves the Court to vacate its Order of September 11, 2017, in which it ordered the Parties to file any motion for summary judgment by October 13, 2017. On October 12, 2017, Plaintiff Environmental Integrity Project filed an Amended Complaint, rendering moot its first Complaint. The same day, the Court ordered the EPA to answer or otherwise respond to the Amended Complaint by November 2, 2017. In accordance with that Order, the EPA moves the Court to vacate its Order of September 11, 2017.

Pursuant to Local Rule 7(m), undersigned counsel contacted Plaintiff's counsel to learn Plaintiff's position on this motion. Undersigned counsel learned that Plaintiff does not object.

A proposed order is attached.

Dated: October 13, 2017						Respectfully submitted,

							JESSIE K. LIU
							D.C. Bar # 472845
							United States Attorney

							DANIEL F. VAN HORN
							D.C. BAR # 924092
							Civil Chief

							By: _/s/ *Joshua L. Rogers*
							JOSHUA L. ROGERS
							Assistant United States Attorney
							555 4th Street, N.W.
							Washington, D.C. 20530
							(202) 252-2578
							Joshua.Rogers3@usdoj.gov